JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRANDON FAVOR, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 17-4616-JGB (JEM) |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

Brandon Favor _____, plaintiff, attempted to file a pleading in the above-referenced matter. Attached for your review is a copy of:

- ☒ Complaint / Petition
- ☐ Other _____

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

- ☐ Bond in the amount of $_____ must be posted with the filing af any new action.
- ☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
- ☒ Court order is needed to file a new action.
- ☐ Court order is needed to file subsequent pleadings.
- ☐ Written authorization from the Chief Judge is required before filing of any document.
- ☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
- ☐ Other _____

======================================================================================

IT IS HEREBY ORDERED that plaintiff

- ☐ may
- ☒ may not

file the document presented in the above-referenced matter.

June 28, 2017
Date

United States District Judge / Magistrate Judge

**NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

CV-115 (5/99)